IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PRESTON TAYLOR, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 17-00290-WS-N |
| NOAH PRICE OLIVER, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this court. It is ORDERED that this action be and is hereby DISMISSED without prejudice for failure to prosecute and to obey the Court's order.

DONE this 19th day of December, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE