IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PRESTON TAYLOR, :

    Petitioner, :

vs. : CIVIL ACTION 17-00290-WS-N
NOAH PRICE OLIVER, :

    Respondent. :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 19th day of December, 2017.

                                  s/WILLIAM H. STEELE
                                UNITED STATES DISTRICT JUDGE